FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2006 APR 24 AM 10: 17

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BOBBY JENKINS, NAOMI S. JENKINS, NELLIE SHEPPARD, RILEY WILLIAMS, VELMA R. MARTIN and MARJORIE W. GOINES, <br><br> Plaintiffs, <br><br> v. <br><br> CAROL M. RAY, Chief Registrar of Randolph County and Chair of the Randolph County Board of Registrars; LORRAINE CURRY, WINONA JOHNSON MILDRED THORNTON and MARGERETTA PEAK, members of the Randoph County Board of Registrars, and LINDA JACKSON, Probate Judge and Superintendent of Elections of Randolph County, Georgia, <br><br> Defendants. | Civil Action No. CV-4:06-cv-43 (CDL) <br><br> 1. Requesting Judge <br>  Honorable Clay D. Land <br><br> 2. District Judge <br>  Honorable C. Ashley Royal <br><br> 3. Circuit Judge <br>  Honorable Stanley F. Birch, Jr. |

**DESIGNATION OF THREE-JUDGE COURT**
(42 U.S.C. § 1973c and 28 U.S.C. § 2284)

### ORDER

The Requesting Judge, Honorable Clay D. Land, to whom an application for relief has been presented in the above cause, having notified me that the action is one required by Act of Congress to be heard and determined by a District Court of three judges, I, J. L.

Edmondson, Chief Judge of the Eleventh Circuit, hereby designate Circuit Judge Stanley F. Birch, Jr. and Judge C. Ashley Royal to serve with the Requesting Judge, Clay D. Land, as members of the said Court to hear and determine the action.

This designation and composition of the three-judge court is not a prejudgment, express or implied, as to whether this is properly a case for a three-judge, rather than a one-judge, court. This is a matter best determined by a three-judge court as this enables a simultaneous appeal to the Court of Appeals and to the Supreme Court without the delay, awkwardness, and administrative insufficiency of proceeding by way of mandamus from either the Court of Appeals, the Supreme Court, or both, directed against the Chief Judge of the Circuit, the presiding district judge, or both. The parties will be afforded the opportunity to brief and argue all questions before the three-judge court, either preliminarily or on the trial of the merits, or otherwise, as the Court thinks appropriate.

DATED this 20th day of April 2006.

J. L. EDMONDSON
Chief of the Eleventh